[No. 22856-8-III. Division Three. April 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT G. POSENJAK, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 03-1-00070-5, John Hotchkiss, J., entered March 16, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J. Now published at 127 Wn. App. 41.

[No. 22887-8-III. Division Three. April 14, 2005.]

DEBORAH LINDBLOM, *Appellant*, v. JIM FISHER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00594-9, Lesley A. Allan, J., entered March 10, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 52330-9-I. Division One. April 18, 2005.]

*In the Matter of the Detention of* MARK BROER.

MARK BROER, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-07986-5, Paris K. Kallas, J., entered April 18, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52856-4-I. Division One. April 18, 2005.]

NORTHWEST PLUS CREDIT UNION, *Respondent*, v. ROSETTA J. SANZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-2-01154-4, Susan K. Cook, J., entered August 1, 2003. *Affirmed* by unpublished per curiam opinion.